**CONGDON, FLAHERTY, O'CALLAGHAN, REID
DONLON, TRAVIS & FISHLINGER**
ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

| NEW YORK CITY OFFICE: | THE OMNI | ALBANY OFFICE: |
|---|---|---|
| 10 ROCKEFELLER PLAZA | 333 EARLE OVINGTON BLVD. SUITE 502 | 12 METRO PARK ROAD |
| SUITE 900 | UNIONDALE, NY 11553-3625 | SUITE 207 |
| NEW YORK, NY 10020 | | COLONIE, NY 12205 |
| 212-692-0496 | 516-542-5900 | 518-437-9300 |
| FAX 212-692-0639 | | FAX 518-437-1182 |
| | FAX NO. 516-542-5912 | |

*Laura A. Endrizzi*
Attorney at Law

E-mail: lendrizzi@cfolegal.com

Writer's direct dial:
516-750-9337

May 31, 2013

LaVelle & Menechino Law Offices, LLP
57 East Main Street
Patchogue, NY 11772

Attn: William T. LaVelle, Esq.

Re: <u>Oka v. Kelly Kilanowski, et al.</u>
Our File No.: KEMPAH-435

Dear Mr. LaVelle:

Enclosed, please find a copy of the motion served on behalf of Kelly Kilanowski seeking judgment on the pleadings in this matter.

Thank you for your attention to this matter.

Very truly yours,

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

Laura A. Endrizzi

LAE/dgr
Enclosure
cc: Dennis M. Cohen
    Suffolk County Attorney
    100 Veterans Memorial Highway
    P.O. Box 6100
    Hauppauge, New York 11788
    Attn: Brian C. Mitchell, Esq.

## CERTIFICATE OF SERVICE

I certify that on May 31, 2013, the foregoing document, to wit, LETTER enclosing Motion to Dismiss, Declaration, Memorandum of Law and Exhibits was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's rules on electronic service upon the following parties and participants:

LAVELLE & MENECHINO LAW OFFICE, LLP
*Attorneys for Plaintiffs*
57 East Main Street
Patchogue, New York  11772
(631) 475-0001

SUFFOLK COUNTY ATTORNEY
H. Lee Dennison Building
Veteran's Memorial Highway
Hauppauge, New York  11788

Laura A. Endrizzi, Esq. (0988)
CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER
Office & P.O. Address
333 Earle Ovington Boulevard, Suite 502
Uniondale, New York 11530-3625
(516) 542-5900